

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARY BAXTER and NEIL CHAVIGNY, | § | No. 08-25-00063-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 394th District Court |
| v. | | |
| | § | of Presidio County, Texas |
| PRESIDIO COUNTY, TEXAS, | | |
| | § | (TC# 8199) |
| Appellee. | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for lack of jurisdiction. We therefore dismiss the appeal for lack of jurisdiction. We further order Appellants to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 25th day of March 2025.


MARIA SALAS MENDOZA, Chief Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.